IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL *et al.*,<br><br>     Federal Defendants. | No. CV-15-00019-JGZ (lead)<br>No. CV-15-00179-JGZ<br>No. CV-15-00285-JGZ<br><br>**[PROPOSED] ORDER CONSOLIDATING RELATED CASES** |
| SAFARI CLUB INTERNATIONAL<br>     Plaintiffs,<br><br>v.<br><br>S.M.R JEWELL, *et al.*,<br><br>     Federal Defendants. | No. CV-16-00094-TUC-RCC |

THIS MATTER came before the Court on Federal Defendants' February 19, 2016 "Unopposed Motion to Consolidate Related Cases." The Court finds that the request to

1

consolidate No. 4:16-cv-00094 with the three related cases captioned above is well-taken and GRANTS the Unopposed Motion.  Cause Nos. 4:15-cv-00019-TUC-JGZ, 4:15-cv-00179, 4:15-cv-00285 and 4:16-cv-00094-TUC-RCC will be consolidated for all matters in the two actions.  All further filings in these cases will be filed and docketed under Cause No. 4:15-cv-00019-TUC-JGZ, and will proceed before the Honorable Jennifer G. Zipps, United States District Judge.

      IT IS HEREBY ORDERED.